UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RODNEY MALONEY,            )
    Plaintiff          )
                           )
        v.              )  C.A. No. 11-cv-11297-MAP
                           )
TOWN OF HINSDALE, ET AL.,  )
    Defendants         )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANT MASSACHUSETTS STATE POLICE'S
MOTION TO DISMISS
(Dkt. Nos. 11 & 27)

September 10, 2012

PONSOR, U.S.D.J.

    Having reviewed the substance of Judge Kenneth P. Neiman's Report and Recommendation dated August 10, 2012 and finding it meritorious, and noting that there is no objection, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 27). Based upon this, Defendant Massachusetts State Police's motion to dismiss (Dkt. No. 11) is hereby ALLOWED.

    It is So Ordered.

                             /s/ Michael A. Ponsor
                             MICHAEL A. PONSOR
                             U. S. District Judge